UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TONY LUCIBELLO,

           Plaintiff,

vs.                              Case No.   2:05-cv-56-FtM-33DNF

FMS MANAGEMENT SYSTEMS, INC., a
Florida corporation doing business
as IHOP,

           Defendant.
_____

## ORDER

This matter comes before the Court on Stipulation of Settlement (Doc. #7) filed on May 4, 2005 and on Notice of Dismissal with Prejudice (Doc. #8) filed on May 4, 2005. The parties stipulate that the matter has been settled and request that the matter be dismissed with prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED:**

This case is **DISMISSED** with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), with the Defendant to pay the Plaintiff $2,500.00, payable to "Schwartz, Zweben & Associates, L.L.P., Trust Account," for costs and attorneys' fees. The prevailing party in any action to enforce the parties' Stipulation shall be entitled to attorneys' fees and costs. The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to

terminate all previously scheduled deadlines and pending motions.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 5th day of May, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record